No. 436. PEARSON ET AL. *v.* GARIEPY. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *William A. Roberts, Warren Woods, Irene Kennedy* and *John Donovan* for petitioners. *David*

■■■■■■■■■

*W. Louisell, Frank J. Whalen, Jr.* and *John J. Sloan* for respondent. ■■■■■■■■■